COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Jay H. Cohen, Individually and as Trustee of the JHC Trust I and II v.
                         Sandcastle Homes, Inc.

Appellate case number:   01-13-00267-CV

Trial court case number: 2010-20973B

Trial court:             234th District Court of Harris County

Appellee, Sandcastle Homes, Inc., has filed an unopposed motion to substitute counsel. *See* TEX. R. APP. P. 6.5. Appellee requests that its current counsel of record, Scott S. Cooley, be permitted to withdraw and that Blaine Hummel and Bradford W. Irelan be substituted as appellee's counsel of record on appeal. The motion is **granted**.

It is so ORDERED.


Judge's signature: /s/ Sherry Radack
                   ☑ Acting individually   ☐ Acting for the Court


Date: June 19, 2013